FILED
CLERK, U.S. DISTRICT COURT

APR 2 5 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:13-MJ-1195 |
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| v. | ) | (Fed.R.Crim.P. 32.1(a)(6) |
| Gabino Cisneros | ) | 18 U.S.C. § 3143(a) |
| | ) | Allegations of Violations of |
| Defendant. | ) | Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the _WDTX_ (as to which jurisdiction has been transferred to the District of Oregon) involving alleged violations of conditions of probation/supervised release:

1.  The court finds that no condition or combination of conditions will reasonably assure:

    A.  (✓) the appearance of defendant as required; and/or

    B.  (✓) the safety of any person or the community.

///
///
///
///
///

2.    The Court concludes:

A.    ( ✓ )  Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community.  Defendant poses a risk to the safety of other persons or the community based on:

_____

_____

_____

_____

_____

B.    ( ✓ )  Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released.  Defendant poses a flight risk based on: _____

_____

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED:  4/25/13

HONORABLE JACQUELINE CHOOLJIAN
United States Magistrate Judge

2